BARTLEY DELANEY, as Administrator of RICHARD DELANEY, Deceased, Respondent, *v.* THE STEINWAY RAILWAY COMPANY of Long Island City, Appellant.

Reported below, 3 App. Div. 619.
(Argued April 19, 1897; decided May 4, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 30, 1896, which affirmed a judgment in favor of plaintiff entered upon a verdict.

The motion was made upon the ground that no question of law is presented for review, and that the Appellate Division has unanimously decided that the verdict is supported by the evidence.

*Daniel Noble* for motion.

*Eugene L. Bushe* opposed.

Motion denied, with ten dollars costs.